**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY WELDON SHIVERS,<br><br>Defendant. | Case No. 3:18-cr-00018-SLG-MMS-1 |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 250. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge, at which time, Mr. Shivers entered a guilty plea to Count 1 of the Indictment, which a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B) – Drug Conspiracy.

Judge Scoble issued a Final Report and Recommendation at Docket 268, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 1 of the Indictment and grant the government's motion to withdraw

the previously filed information under 21 U.S.C. § 851.[1] No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment – 21 U.S.C. § 841(a)(1) & (b)(1)(B) – Drug Conspiracy, and Defendant is adjudged GUILTY of Count 1. The *Motion to Withdraw 21 U.S.C. § 851 Information* at Docket 265 is GRANTED.

DATED this 24th day of August, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] *Motion to Withdraw 21 U.S.C. § 851 Information* at Docket 265 requested to withdraw the *Notice Pursuant to 21 U.S.C. § 851 of the Applicability of Enhanced Statutory Penalties* at Docket 69.

Case No.3:18-cr-00018-SLG, *USA v. Shiver*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:18-cr-00018-SLG-MMS   Document 269   Filed 08/24/20   Page 2 of 2